**Edward James EGAN, Sr.,
Petitioner—Appellant,**

v.

**Gene M. JOHNSON, Virginia
Department of Corrections,
Respondent—Appellee.**

No. 07–7075.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 18, 2007.

Decided: Oct. 26, 2007.

Edward James Egan, Sr., Appellant Pro Se.

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

*Unpublished opinions are not binding precedent in this circuit.*

PER CURIAM:

Edward James Egan, Sr., seeks to appeal the district court's order dismissing his 28 U.S.C. § 2254 (2000) petition on exhaustion grounds. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R.App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5), or reopens the appeal period under Fed. R.App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Dir., Dep't of Corr.*, 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson*, 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered on the docket on June 1, 2007. The notice of appeal was filed on July 16, 2007.* Because Egan failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny Egan's motion for leave to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

---

* For purposes of this appeal, we assume that the date appearing on the notice of appeal is the earliest date it could have been given to

and argument would not aid the decisional process.

*DISMISSED.*

---

prison officials for mailing. *See* Fed. R.App. P. 4(c); *Houston v. Lack*, 487 U.S. 266, 276, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).